# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| OLDE WOOD, LTD., | ) | CASE NO. 5:25-cv-1539 |
| | ) | |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| STATE AUTO PROPERTY AND | ) | |
| CASUALTY INSURANCE COMPANY, et al., | ) | |
| | ) | |
| | ) | |
| DEFENDANTS. | ) | |

There are two motions pending in this matter. First, defendant State Automobile Mutual Insurance Company has moved to dismiss, pursuant to Fed. R. Civ. P. 12(b)(6). (Doc. No. 5.) Plaintiff, Olde Wood, Ltd., has filed a response advising that it has "no objection to the Court dismissing State Automobile Mutual Insurance Company as a party Defendant." (Doc. No. 15.) The Court, therefore, dismisses defendant State Automobile Mutual Insurance Company. This case shall proceed solely against defendant State Auto Property and Casualty Insurance Company.

Second, plaintiff has filed a motion to remand this action to state court. (Doc. No. 9.) The motion is opposed. (Doc. No. 13.) In its reply brief, plaintiff states that it "no longer opposes" removal of this action because defense counsel has "submitted sufficient information to support its position that [defendant State Auto Property and Casualty Insurance Company] is a Massachusetts corporation, thereby conferring diversity of citizenship and jurisdiction with this Court." (Doc. No. 16.) It, therefore, "moves to withdraw" its motion to remand. (*Id.*)

Accordingly, the Court hereby grants defendant State Automobile Mutual Insurance

Company's motion to dismiss (Doc. No. 5) and directs the Clerk to terminate plaintiff's motion to remand (Doc. No. 9) as withdrawn.

**IT IS SO ORDERED**.

Dated: September 23, 2025

                                            **HONORABLE SARA LIOI**
                                            **CHIEF JUDGE**
                                            **UNITED STATES DISTRICT COURT**